| | | | |
|---|---|---|---|
| Powell v. Pennsylvania Housing Finance Agency; Powell, In re [67] ... | 02/08/2016 | 788 MAL (2015) | Denied |
| Weaver v. Herman [68] ........... | 12/07/2015 | 561 MAL (2015) | Denied  Pa.Cmwlth., 116 A.3d 1189 |

**67.** Justice EAKIN did not participate in the decision of this matter.

**68.** Reconsideration Denied January 20, 2016.